**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 14, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00075-CV

**VALERO ENERGY CORPORATION, VALERO REFINING COMPANY - TENNESSEE, LLC AND THE PREMCOR REFINING GROUP, INC.,** Appellants

**V.**

**RICHARD CUEVAS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF NICOLAS OSCAR CUEVAS AND DANIEL REYES CUEVAS, INCAPACITATED; NICOLAS CUEVAS, MARIA CUEVAS, GUADALUPE TORRES, BLANCA RODRIGUEZ AND LUIS SANTOS,** Appellees

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2012-21574**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 16, 2013. On May 6, 2013, appellants filed an unopposed motion to dismiss the appeal because the case

has been settled.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.